NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HERIBERTO PEREZ,**

*Petitioner*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**

*Respondent*

---

2023-1037

---

Petition for review of the Merit Systems Protection Board in No. AT-0714-22-0275-I-1.

---

## O R D E R

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

January 25, 2023
  Date

       /s/ Peter R. Marksteiner
       Peter R. Marksteiner
       Clerk of Court

**ISSUED AS A MANDATE:** January 25, 2023